56182. ANDERSON v. AUTOMATIC SPRINKLER CORPORATION OF AMERICA.

SMITH, Judge.
On certiorari to the Supreme Court, Division 2 of this case was reversed. Therefore Division 2 as published in *Anderson v. Automatic Sprinkler Corp.,* 147 Ga. App. 236 (1978), is vacated and the opinion of the Supreme Court in *Automatic Sprinkler Corp. v. Anderson,* 243 Ga. 867 (1979), is adopted as the decision of this court.

*Judgment reversed. Deen, P. J., and Banke, J., concur.*

DECIDED OCTOBER 23, 1979.

*Frank E. Stevenson, Jr., Edward H. Kellogg,* for appellant.
*Richard H. Sinkfield,* for appellee.